**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: SCHOENROCK, TIMOTHY A | § Case No. 07-73110-MB |
| SCHOENROCK, JESSICA A | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 11/23/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/26/2011          By:  /s/BERNARD J. NATALE
                                                                                              Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SCHOENROCK, TIMOTHY A | § | Case No. 07-73110-MB |
| SCHOENROCK, JESSICA A | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 45,000.48 |
| *and approved disbursements of* | $ 23,529.57 |
| *leaving a balance on hand of* [1] | $ 21,470.91 |
| **Balance on hand:** | $ 21,470.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Maggio Truck Center, Inc. | 19,756.46 | 19,756.46 | 19,756.46 | 0.00 |
| 4 | Illinois Department of Revenue | 3,515.39 | 3,515.39 | 3,515.39 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,470.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 5,241.55 | 0.00 | 5,241.55 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 8,180.25 | 0.00 | 8,180.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 137.34 | 0.00 | 137.34 |
| Charges, U.S. Bankruptcy Court | 510.00 | 0.00 | 510.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 14,069.14 |
| Remaining balance: | $ 7,401.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,401.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,401.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,570.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Edfinancial Services for IDAPP | 14,829.90 | 0.00 | 3,269.76 |
| 2U | Maggio Truck Center, Inc. | 6,290.45 | 0.00 | 1,386.95 |
| 3 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 5 | eCAST Settlement Corporation, assignee | 591.74 | 0.00 | 130.47 |
| 6 | Rockford Mercantile Agency Inc | 509.60 | 0.00 | 112.36 |
| 7 | eCAST Settlement Corporation, assignee | 11,348.79 | 0.00 | 2,502.23 |

Total to be paid for timely general unsecured claims: $ 7,401.77
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                Case No. 07-73110-MB
Timothy A Schoenrock                                                  Chapter 7
Jessica A Schoenrock
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave              Page 1 of 2                   Date Rcvd: Oct 27, 2011
                              Form ID: pdf006              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2011.
db/jdb        +Timothy A Schoenrock,    Jessica A Schoenrock,    7303 Oak Drive,    Stillman Valley, IL 61084-9654
11830404      +Allied Interstate,    PO Box 361566,    Columbus, OH 43236-1566
11830405       American Family,    Madison, WI 53777-0001
11830406       Associated Credit Services,    PO Box 9100,    Hopkinton, MA 01748-9100
11830407       Beneficial,    PO Box 8873,   Virginia Beach, VA 23450-8873
11830408       Byron Bank,    200 N. Walnut St,    Byron, IL 61010-8803
11830409     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     PO Box 85015,    Richmond, VA 23285)
11830410       Capital Recovery,    PO Box 67555,    Harrisburg, PA 17106-7555
16813508      +Edfinancial Services for IDAPP,     120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
11830417     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     Kansas City, MO 64999-0010)
16939726       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11830414      +Illinois Department of Revenue,    Springfield, IL 62776-0001
11830415      +Illinois Designated,    1755 Lake Cook Rd,    Deerfield, IL 60015-5215
11830418      +Joseph Olsen,    1318 E. State St,    Rockford, IL 61104-2228
11830419      +Larry Schoenrock,    PO Box 139,    Byron, IL 61010-0139
16838126      +Maggio Truck Center, Inc.,    C/O Attorney Joseph D. Olsen,     1318 East State Street,
               Rockford, IL 61104-2228
11830420      +Malcom S Gerald & Assoc.,    332 S Michigan Ave. #514,    Chicago, IL 60604-4318
11830421      +Moring Disposal,    PO Box 158,    Forreston, IL 61030-0158
11830422      +Phils Power Plus Inc.,    2305 Kishwaukee St.,    Rockford, IL 61104-7005
11830423       Premium Credit Corp,    PO Box 750,   Scottsdale, AZ 85252-0750
11830424       Rockford Mercantile,    PO Box 5847,   Rockford, IL 61125-0847
17222027      +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
11830425       Rodale,   PO Box 6001,    Emmaus, PA 18098-0601
11830426       Solomon & Solomon,    PO Box 15019,   Albany, NY 12212-5019
11830427      +Steve Benesh & Sons,    3923 N. River Rd,    Oregon, IL 61061-9440
11830428      +Stillman Bank,    PO Box 150,   Stillman Valley, IL 61084-0150
17109904       eCAST Settlement Corporation, assignee,     of HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark, NJ 07193-5480
17230982       eCAST Settlement Corporation, assignee,     of HSBC CONSUMER LENDING (USA) INC.,    POB 35480,
               Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11830403       E-mail/PDF: recoverybankruptcy@afninet.com Oct 28 2011 03:53:21      AFNI,   PO Box 3517,
               Bloomington, IL 61702-3517
11830412       E-mail/Text: cphillips@citizensfinance.com Oct 28 2011 02:10:11      Citizens Finance,
               PO Box 739,   Dubuque, IA 52004-0739
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11830413*      Citizens Finance,    PO Box 739,   Dubuque, IA 52004-0739
11830416*     +Illinois Designated,    1755 Lake Cook Rd,    Deerfield, IL 60015-5215
11830411      ##Citi Residential Lending,    PO Box 5926,    Carol Stream, IL 60197-5926
                                                                                        TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3           User: kkrystave              Page 2 of 2                   Date Rcvd: Oct 27, 2011
                               Form ID: pdf006              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2011**              **Signature:**   _Joseph Speetjens_