# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:**  
**Debtor Name:** SCHOENROCK, TIMOTHY A

Page: 1

**Date:** November 23, 2011  
**Time:** 03:03:47 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $21,471.21 |
| ADV | Clerk of the U S Bankruptcy Court | Admin Ch. 7 | 250.00 | 0.00 | 250.00 | 250.00 | 21,221.21 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 137.34 | 0.00 | 137.34 | 137.34 | 21,083.87 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 8,180.25 | 0.00 | 8,180.25 | 8,180.25 | 12,903.62 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 5,241.55 | 0.00 | 5,241.55 | 5,241.55 | 7,662.07 |
| REOPEN | Clerk of the U S Bankruptcy Court | Admin Ch. 7 | 260.00 | 0.00 | 260.00 | 260.00 | 7,402.07 |
| DONAHUE | McGreevy Williams | Admin Ch. 7 | 85.00 | 85.00 | 0.00 | 0.00 | 7,402.07 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 14,154.14 | 85.00 | 14,069.14 | 14,069.14 | |
| 2S | Maggio Truck Center, Inc. | Secured | 19,756.46 | 19,756.46 | 0.00 | 0.00 | 7,402.07 |
| 4 | Illinois Department of Revenue | Secured | 3,515.39 | 3,515.39 | 0.00 | 0.00 | 7,402.07 |
| | SUBTOTAL FOR | SECURED | 23,271.85 | 23,271.85 | 0.00 | 0.00 | |
| 1 | Edfinancial Services for IDAPP | Unsecured | 14,829.90 | 0.00 | 14,829.90 | 3,269.91 | 4,132.16 |
| 2U | Maggio Truck Center, Inc. | Unsecured | 6,290.45 | 0.00 | 6,290.45 | 1,387.00 | 2,745.16 |
| 3 | Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 2,745.16 |
| 5 | eCAST Settlement Corporation, assignee | Unsecured | 591.74 | 0.00 | 591.74 | 130.47 | 2,614.69 |
| 6 | Rockford Mercantile Agency Inc | Unsecured | 509.60 | 0.00 | 509.60 | 112.36 | 2,502.33 |
| 7 | eCAST Settlement Corporation, assignee | Unsecured | 11,348.79 | 0.00 | 11,348.79 | 2,502.33 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 33,570.48 | 0.00 | 33,570.48 | 7,402.07 | |
| << Totals >> | | | 70,996.47 | 23,356.85 | 47,639.62 | 21,471.21 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Secured** | 100.000000% |
| **Unsecured** | 22.049342% |