**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SCHOENROCK, TIMOTHY A § Case No. 07-73110-MB
      SCHOENROCK, JESSICA A § 
                              §
Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $28,530.00                    Assets Exempt: $41,830.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $30,673.92     Claims Discharged
                                                Without Payment: $45,603.41

Total Expenses of Administration: $14,326.86

3) Total gross receipts of $  45,000.78  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  0.00  (see **Exhibit 2**), yielded net receipts of $45,000.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $156,612.00 | $23,271.85 | $23,271.85 | $23,271.85 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,326.86 | 14,326.86 | 14,326.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 116,373.00 | 83,931.85 | 33,570.48 | 7,402.07 |
| **TOTAL DISBURSEMENTS** | $272,985.00 | $121,530.56 | $71,169.19 | $45,000.78 |

4) This case was originally filed under Chapter 7 on December 21, 2007. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/06/2012     By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7303 Oak Drive, Stillman Valley, IL 61084 | 1110-000 | 45,000.00 |
| Interest Income | 1270-000 | 0.78 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Maggio Truck Center, Inc. | 4110-000 | 19,757.00 | 19,756.46 | 19,756.46 | 19,756.46 |
| 4 | Illinois Department of Revenue | 4110-000 | 3,164.00 | 3,515.39 | 3,515.39 | 3,515.39 |
| NOTFILED | Citizens Finance | 4110-000 | 2,659.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Residential Lending | 4110-000 | 109,258.00 | N/A | N/A | 0.00 |
| NOTFILED | Byron Bank | 4110-000 | 8,862.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Finance | 4110-000 | 12,912.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$156,612.00** | **$23,271.85** | **$23,271.85** | **$23,271.85** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk of the U S Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 137.34 | 137.34 | 137.34 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 8,180.25 | 8,180.25 | 8,180.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 5,241.55 | 5,241.55 | 5,241.55 |
| Clerk of the U S Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| McGreevy Williams | 2200-002 | N/A | 85.00 | 85.00 | 85.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.16 | 6.16 | 6.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.10 | 28.10 | 28.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.55 | 73.55 | 73.55 |
| The Bank of New York Mellon | 2600-000 | N/A | -3.08 | -3.08 | -3.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.99 | 42.99 | 42.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 14,326.86 | 14,326.86 | 14,326.86 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Edfinancial Services for IDAPP | 7100-000 | 16,428.00 | 14,829.90 | 14,829.90 | 3,269.91 |
| 2U | Maggio Truck Center, Inc. | 7100-000 | N/A | 6,290.45 | 6,290.45 | 1,387.00 |
| 3 | Internal Revenue Service | 7100-000 | 80,000.00 | 50,361.37 | 0.00 | 0.00 |
| 5 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 591.74 | 591.74 | 130.47 |
| 6 | Rockford Mercantile Agency Inc | 7100-000 | 510.00 | 509.60 | 509.60 | 112.36 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 11,348.79 | 11,348.79 | 2,502.33 |
| NOTFILED | Phils Power Plus Inc. | 7100-000 | 4,043.00 | N/A | N/A | 0.00 |
| NOTFILED | Malcom S Gerald & Assoc. | 7100-000 | 563.00 | N/A | N/A | 0.00 |
| NOTFILED | Moring Disposal | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Recovery | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| NOTFILED | Rodale | 7100-000 | 48.00 | N/A | N/A | 0.00 |
| NOTFILED | Steve Benesh & Sons | 7100-000 | 1,285.00 | N/A | N/A | 0.00 |
| NOTFILED | Stillman Bank | 7100-000 | 396.00 | N/A | N/A | 0.00 |
| NOTFILED | Solomon & Solomon | 7100-000 | 186.00 | N/A | N/A | 0.00 |
| NOTFILED | Premium Credit Corp | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 347.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Credit Services | 7100-000 | 786.00 | N/A | N/A | 0.00 |
| NOTFILED | AFNI | 7100-000 | 1,018.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 77.00 | N/A | N/A | 0.00 |
| NOTFILED | American Family | 7100-000 | 146.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | 10,259.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 116,373.00 | 83,931.85 | 33,570.48 | 7,402.07 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-73110-MB  
**Case Name:** SCHOENROCK, TIMOTHY A  
SCHOENROCK, JESSICA A  
**Period Ending:** 02/06/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/21/07 (f)  
**§341(a) Meeting Date:** 01/31/08  
**Claims Bar Date:** 05/06/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 7303 Oak Drive, Stillman Valley, IL 61084 | 140,000.00 | 21,735.00 | | 45,000.00 | 0.00 |
| 2 | Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Byron Bank checking | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 800.00 | 0.00 | DA | 0.00 | FA |
| 7 | Metropolitan Life Insurance Death benefit only N | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Metropolitan Life Insurance Death benefit only N | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401K | 780.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Chevy Impala 92,000 miles | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2006 Pontiac Grand Prix 45,000 miles | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1990 GMC pickup 182,000 miles | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1998 Four Winns boat | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Computer | 200.00 | 0.00 | DA | 0.00 | FA |
| 15 | Toro 42" lawn mower | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.78 | FA |
| 16 | Assets  Totals (Excluding unknown values) | **$168,530.00** | **$21,735.00** | | **$45,000.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

   FINAL REPORT FILED.

**Initial Projected Date Of Final Report (TFR):**    July 1, 2012          **Current Projected Date Of Final Report (TFR):**    October 18, 2011  (Actual)

Printed: 02/06/2012 04:30 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-73110-MB
**Case Name:** SCHOENROCK, TIMOTHY A
SCHOENROCK, JESSICA A
**Taxpayer ID #:** **-***1406
**Period Ending:** 02/06/12

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******19-65 - Money Market Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/26/11 | {1} | Title Underwriters Agency | Sale of Property - 7303 Oak Drive, Stillman Valley, IL | 1110-000 | 45,000.00 | | 45,000.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 45,000.06 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.16 | 44,993.90 |
| 08/11/11 | | To Account #9200******1966 | TO PAY SECURED LIEN CLAIMS PER ORDER ENTERED 6/15/11 | 9999-000 | | 24,000.00 | 20,993.90 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 20,994.15 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.55 | 20,920.60 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.08 | 20,923.68 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,923.85 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.99 | 20,880.86 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,881.03 |
| 11/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.13 | | 20,881.16 |
| 11/23/11 | | To Account #9200******1966 | Transfer for Final Distribution | 9999-000 | | 20,881.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 45,000.78 | 45,000.78 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 44,881.16 | |
| | | | **Subtotal** | | 45,000.78 | 119.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$45,000.78** | **$119.62** | |

{} Asset reference(s)

Printed: 02/06/2012 04:30 PM   V.12.57

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-73110-MB  
**Case Name:** SCHOENROCK, TIMOTHY A  
SCHOENROCK, JESSICA A  
**Taxpayer ID #:** **-***1406  
**Period Ending:** 02/06/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/11 | | From Account #9200******1965 | TO PAY SECURED LIEN CLAIMS PER ORDER ENTERED 6/15/11 | 9999-000 | 24,000.00 | | 24,000.00 |
| 08/11/11 | 101 | Maggio Truck Center, Inc. | Ref # 6629 | 4110-000 | | 19,756.46 | 4,243.54 |
| 08/11/11 | 102 | Illinois Department of Revenue | Ref # 6629 & 5136 | 4110-000 | | 3,515.39 | 728.15 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.10 | 700.05 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 675.05 |
| 10/04/11 | 103 | McGreevy Williams | Pymt of Former Trustee's Expense for Title Search | 2200-002 | | 85.00 | 590.05 |
| 11/23/11 | | From Account #9200******1965 | Transfer for Final Distribution | 9999-000 | 20,881.16 | | 21,471.21 |
| 11/23/11 | 104 | BERNARD J. NATALE | Pymt of Trustee Fees | 2100-000 | | 5,241.44 | 16,229.77 |
| 11/23/11 | 105 | BERNARD J. NATALE, LTD. | Pymt of Trustee's Attorney's Fees | 3110-000 | | 8,180.25 | 8,049.52 |
| 11/23/11 | 106 | BERNARD J. NATALE, LTD. | Pymt for Trustee's Attorney's Expenses | 3120-000 | | 137.34 | 7,912.18 |
| 11/29/11 | 107 | Edfinancial Services for IDAPP | Distribution paid  22.04% on $14,829.90; Claim# 1; Filed: $14,829.90; Reference: 5136 | 7100-000 | | 3,269.91 | 4,642.27 |
| 11/29/11 | 108 | Maggio Truck Center, Inc. | Distribution paid  22.04% on $6,290.45; Claim# 2U; Filed: $6,290.45; Reference: 6629 | 7100-000 | | 1,387.00 | 3,255.27 |
| 11/29/11 | 109 | eCAST Settlement Corporation, assignee | Distribution paid  22.04% on $591.74; Claim# 5; Filed: $591.74; Reference: 3087 | 7100-000 | | 130.47 | 3,124.80 |
| 11/29/11 | 110 | Rockford Mercantile Agency Inc | Distribution paid  22.04% on $509.60; Claim# 6; Filed: $509.60; Reference: 6836/OSF ST ANTHONY | 7100-000 | | 112.36 | 3,012.44 |
| 11/29/11 | 111 | eCAST Settlement Corporation, assignee | Distribution paid  22.04% on $11,348.79; Claim# 7; Filed: $11,348.79; Reference: 4331 | 7100-000 | | 2,502.33 | 510.11 |
| 11/29/11 | 112 | Bernard J Natale | Trustee Fee | 2100-000 | | 0.11 | 510.00 |
| 11/29/11 | 113 | Clerk of the U S Bankruptcy Court | Combined Check for Claims#ADV,REOPEN | | | 510.00 | 0.00 |
| | | | Dividend paid 100.00%   250.00 on $250.00;  Claim# ADV; Filed: $250.00 | 2700-000 | | | 0.00 |
| | | | Dividend paid 100.00%   260.00 on $260.00;  Claim# REOPEN; Filed: $260.00 | 2700-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **44,881.16** | **44,881.16** | **$0.00** |
| | | | Less: Bank Transfers | | 44,881.16 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **44,881.16** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$44,881.16** | |

{} Asset reference(s)                                          Printed: 02/06/2012 04:30 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 07-73110-MB | | **Trustee:** | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SCHOENROCK, TIMOTHY A | | **Bank Name:** | The Bank of New York Mellon |
| | SCHOENROCK, JESSICA A | | **Account:** | 9200-******19-66 - Checking Account |
| **Taxpayer ID #:** | **-***1406 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 02/06/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******19-65** | 45,000.78 | 119.62 | 0.00 |
| **Checking # 9200-******19-66** | 0.00 | 44,881.16 | 0.00 |
| | $45,000.78 | $45,000.78 | $0.00 |